IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CR-18-43-F |
| LEROY AUSTIN HANCOCK, | ) |
| Defendant. | ) |

## ORDER

After conducting a competency hearing pursuant to 18 U.S.C. § 4247(d), United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation on April 29, 2022, recommending the court find defendant Leroy Austin Hancock competent to stand trial. Magistrate Judge Green advised the parties of their right to file an objection to the Report and Recommendation on or before May 2, 2022, and she specifically advised the parties that failure to make a timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal issues therein contained.

To date, no objection has been filed, and no request for an extension of time to file an objection has been filed. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation (doc. no. 42) issued by United States Magistrate Judge Amanda Maxfield Green on April 29, 2022 is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

The court "finds a preponderance of evidence establishes [defendant Leroy Austin Hancock] is competent 'to the extent that he is []able to understand the nature

and consequences of the proceedings against him or to assist properly in his defense.'"  Doc. no. 42, ECF p. 6 (quoting 18 U.S.C. § 4241(d)).

    IT IS SO ORDERED this 3rd day of May, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0043p002.docx

2